(84 South. 925)

ARMBRECHT v. JACKSON. (1 Div. 356.) (Court of Appeals of Alabama. Jan. 16, 1920.) Appeal from Circuit Court, Mobile County; Saffold Berney, Judge.

MERRITT, J. Submitted on motion to dismiss. Motion granted.

(85 South. 924)

ASHMORE v. STATE. (8 Div. 654.) (Court of Appeals of Alabama. April 6, 1920.) Appeal from Circuit Court, Jackson County; W. W. Haralson, Judge. J. Q. Smith, Atty. Gen., for the State.

MERRITT, J. Appeal dismissed for want of prosecution.

(81 South. 892)

ATKINS v. STATE. (2 Div. 199.) (Court of Appeals of Alabama. April 8, 1919.) Appeal from Circuit Court, Dallas County; B. M. Miller, Judge. Lonnie Atkins was convicted of crime, and he appeals. Affirmed. A. M. Pitts, of Selma, for appellant. J. Q. Smith, Atty. Gen., and Horace Wilkinson, Asst. Atty. Gen., for the State.

BRICKEN, J. The errors insisted upon on this appeal relate to the rulings of the court upon the evidence and the refusal of the court to give the general affirmative charge for the defendant, which appears to be the only charge requested in writing by the defendant. We have examined very carefully each ruling of the court upon the evidence, and find no error of a reversible nature in any of these rulings. We do not deem it necessary to treat separately each of the exceptions reserved in this connection, and therefore refrain from so doing. The defendant, under the evidence in this case, was manifestly not entitled to the affirmative charge in his behalf, and the court committed no error in refusing to give this charge. The oral charge of the court was full and complete. It was also a very able charge and a fair one, and placed before the jury every issue involved in the case in an intelligent and comprehensive manner, and the charge is wholly free from any error. There appears no error in the record, nor in the rulings of the court, and the judgment of conviction is accordingly affirmed. Affirmed.

(81 South. 892)

BAIN v. STATE. (8 Div. 603.) (Court of Appeals of Alabama. Jan. 21, 1919.) Appeal from Circuit Court, Jackson County; W. W. Haralson, Judge. Emmett S. Thigpen, Atty. Gen., for the State.

BROWN, P. J. Appeal dismissed.

(81 South. 892)

BARGER v. STATE. (6 Div. 577.) (Court of Appeals of Alabama. April 8, 1919.) Appeal from Circuit Court, Tuscaloosa County; Henry B. Foster, Judge. Fred Barger was convicted of violating the prohibition law, and he appeals. Affirmed. Foster, Verner & Wright, of Tuscaloosa, for appellant. J. Q. Smith, Atty. Gen., for the State.

SAMFORD, J. There is no bill of exceptions, and we find no error in the record. The judgment is affirmed. Affirmed.

(85 South. 924)

BATY v. STATE. (8 Div. 706.) (Court of Appeals of Alabama. June 8, 1920.) Appeal from Circuit Court, Franklin County; C. P. Almon, Judge. J. Q. Smith, Atty. Gen., for the State.

BRICKEN, P. J. Appeal dismissed.

(84 South. 925)

BAXTER v. CHATTANOOGA BREWING CO. (6 Div. 579.) (Court of Appeals of Alabama. Nov. 27, 1919.) Appeal from Circuit Court, Jefferson County; John C. Pugh, Judge. London, Yancey & Brower, of Birmingham, for appellant. A. & F. B. Latady, of Birmingham, for appellee.

PER CURIAM. Appeal dismissed for want of prosecution. See, also, 203 Ala. 56, 82 South. 16.

(87 South. 926)

BEEBE v. STATE. (1 Div. 415.) (Court of Appeals of Alabama. Jan. 11, 1921.) Appeal from Circuit Court, Mobile County; Claude A. Grayson, Judge. J. C. Crouch, of Mobile, for appellant. J. Q. Smith, Atty. Gen., for the State.

PER CURIAM. Appeal dismissed on motion of appellant.

(84 South. 925)

BERRY v. STATE. (1 Div. 355.) (Court of Appeals of Alabama. April 13, 1920.) Appeal from Circuit Court, Mobile County; Claude A. Grayson, Judge. J. Q. Smith, Atty. Gen., for the State.

SAMFORD, J. Appeal dismissed.

(81 South. 892)

Ex parte BEVERIDGE. (6 Div. 585.) (Court of Appeals of Alabama. April 24, 1919.) Thomas J. Judge, of Birmingham, for appellant. J. Q. Smith, Atty. Gen., for appellee.

PER CURIAM. Petition dismissed by petitioner.

(84 South. 925)

BISHOP v. STATE. (1 Div. 362.) (Court of Appeals of Alabama. May 12, 1920.) Appeal from Circuit Court, Baldwin County; A. E. Gamble, Judge. Webb, McAlpine & Grove, of Mobile, for appellant. J. Q. Smith, Atty. Gen., for the State.

BRICKEN, P. J. Submitted on motion to dismiss the appeal. Motion granted.

(85 South. 924)

BISHOP v. STATE. (8 Div. 697.) (Court of Appeals of Alabama. June 1, 1920.) Appeal from Circuit Court, Jackson County; W. W. Haralson, Judge. J. Q. Smith, Atty. Gen., for the State.

MERRITT, J. Appeal dismissed.